No. 79–1252.  CALIFORNIA ET AL. v. SIERRA CLUB ET AL.; and

No. 79–1502.  KERN COUNTY WATER AGENCY ET AL. v. SIERRA CLUB ET AL.  C. A. 9th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 610 F. 2d 581.

No. 79–1890.  ANDRUS, SECRETARY OF THE INTERIOR, ET AL. v. ALASKA ET AL.; and

No. 79–1904.  KENAI PENINSULA BOROUGH v. ALASKA ET AL. C. A. 9th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 612 F. 2d 1210.

No. 79–1977.  RODRIGUEZ v. COMPASS SHIPPING CO., LTD., ET AL.; PEREZ v. ARYA NATIONAL SHIPPING LINE, LTD.; and BARULEC v. OVE SKOU, R. A.  C. A. 2d Cir.  Certiorari granted limited to Questions 1, 2, and 3 presented by the petition.

No. 80–45.  JOHNSON v. J. O. L.  Ct. App. D. C.  Certiorari granted and case set for oral argument in tandem with No. 79–5932, *Doe et al.* v. *Delaware* [probable jurisdiction noted, 445 U. S. 942].

No. 80–83.  MUSKIE, SECRETARY OF STATE v. AGEE.  C. A. D. C. Cir.  Certiorari granted.  Motion of respondent to vacate the stay heretofore entered by THE CHIEF JUSTICE denied.

No. 79–1709.  ALBERNAZ ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted.

No. 79–1907.  COMMISSIONER OF INTERNAL REVENUE v. PORTLAND CEMENT COMPANY OF UTAH.  C. A. 10th Cir.  Certiorari granted.